No. 73–1739.  SANDQUIST *v.* CALIFORNIA.  App. Dept., Super Ct. Cal., County of Los Angeles;

No. 74–158.  KUHNS ET AL. *v.* CALIFORNIA; and

No. 74–159.  KUHNS ET AL. *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Santa Cruz.  Petitioners did not seek to have the Appellate Department certify their cases to the Court of Appeal pursuant to California Penal Code § 1471 and California Rules of Court 62 and 63.  Accordingly, the decisions of the Appellate Department are not "[f]inal judgments . . . rendered by the highest court of a State in which a decision could be had . . . ," 28 U. S. C. § 1257, and the petitions for writs of certiorari to their respective courts are dismissed for want of jurisdiction.  See *Banks* v. *California,* 395 U. S. 708 (1969).

No. A–430.  BEASLEY *v.* UNITED STATES.  C. A. 5th Cir.  Application for reduction of bail pending appeal, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied.

No. 73–1256.  CONNELL CONSTRUCTION Co., INC. *v.* PLUMBERS & STEAMFITTERS LOCAL No. 100, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO.  C. A. 5th Cir.  [Certiorari granted, 416 U. S. 981.]  Motion of petitioner for leave to file a brief after argument granted.

No. 73–6739.  COSTARELLI *v.* MASSACHUSETTS.  Appeal from Municipal Ct. of Boston.  [Probable jurisdiction postponed, *ante,* p. 893.]  Motion of appellant for appointment of counsel granted.  It is ordered that Robert W. Hagopian, Esquire, of Wrentham, Mass., be, and he is hereby, appointed to serve as counsel for appellant in this case.